AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| | CASE NUMBER: 6:13-mj- *1110* |
| JANA CUNNINGHAM a/k/a Jana Harris ABDUL CUNNINGHAM | |

I, James J. Rothe, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between January 15, 2011 and the date of this complaint, in Brevard County, in the Middle District of Florida, defendants,

**JANA CUNNINGHAM**
**a/k/a Jana Harris**
**and**
**ABDUL CUNNINGHAM**

did knowingly conspire to commit wire fraud and aggravated identity theft, in violation of Title 18, United States Code, Sections 1349 and 1028A.

I further state that I am a Special Agent with FBI, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
James J. Rothe
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

March 5, 2013                    at        Orlando, Florida

Gregory J. Kelly
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF FLORIDA                                        CASE NO. 6:13-mj- *1110*

COUNTY OF ORANGE

## AFFIDAVIT

I, James J. Rothe, being duly sworn, do hereby depose and state the following:

1.      I have been employed as a Special Agent of the Federal Bureau of

Investigation (FBI) for approximately 21 years and have investigated numerous

fraudulent schemes including investigations involving identity theft and tax fraud.

During my tenure as an FBI agent, I have worked almost exclusively financial crimes

investigations and have received regular specialized training on the conduct of these

investigations. I have been a Certified Public Accountant (CPA) since 1993 and a

Certified Fraud Examiner (CFE) since 2012.

2.      In conjunction with my official duties, I have conducted an investigation

into the conspiracy to commit wire fraud (Title 18, United States Code, Section 1349)

and aggravated identity theft (Title 18, United States Code, Section 1028A) and other

violations of Federal law committed by **Jana Cunningham, a/k/a Jana Harris, ("Jana")**

and **Abdul Cunningham ("Abdul")**. Because this affidavit is being submitted for the

limited purpose of supporting the issuance of a criminal complaint and arrest warrant for

**Jana** and **Abdul**, I have not set forth in this affidavit everything that I have learned as a

result of this investigation. Rather, I have set forth only those facts I believe are

necessary to establish probable cause that a violation of federal law has been

committed.

3.      This affidavit is based upon my conversations with other law enforcement

1

agents and witnesses, review of various documents, and on my examination of reports and records. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.      At all times during the scheme to defraud, **Jana** resided within Brevard County in Middle District of Florida, with her most recent address at 969 Pelican Lane, Rockledge, Florida.

5.      At all times during the scheme to defraud, **Abdul** resided within Brevard County in the Middle District of Florida, with his most recent address at 214 Canaveral Beach Boulevard, Cape Canaveral, Florida.

6.      On May 10, 2012, the Rockledge Police Department (RPD) and the Cocoa Police Department (CPD) executed a state search warrant at **Jana** and **Abdul's** residence, 969 Pelican Lane, Rockledge, Florida. Following the search, **Jana** and **Abdul** were arrested on May 10, 2012 on unrelated state charges.

7.      Among the items found on **Jana's** person at the time of her arrest were 2 Florida driver's licenses in the names of "S.S.W." and "C.T."

8.      On May 12, 2012, an investigator with the RPD received a telephone call from **Jana's** mother, "L.B.", who stated that **Jana** called her from jail on May 12, 2012 and asked her to obtain the keys to 969 Pelican Lane in Rockledge, Florida in order to remove a purple, accordion-style file folder from the residence. **Jana** told "L.B." that, if the police found that purple file, she would be in jail for a long time.

9.      "L.B." told the RPD investigator that, on May 11, 2012, the evening prior to

Jana's phone call, Jana's 13 year-old daughter, "T.T.", told "L.B." that Jana maintained a purple folder containing lists of hundreds of names, Social Security numbers, dates of birth and addresses of other people. "T.T." subsequently told RPD investigators that she was tasked by Jana to input names from those lists into their computer on what appeared to be credit applications.

10. "T.T." told the RPD investigators that Jana and Abdul traveled to several different addresses in the Cocoa, Florida area and picked up mail from mailboxes. "T.T." observed Jana input information into a computer located at the 969 Pelican Lane residence, which appeared to be related to credit applications.

11. The RPD investigators obtained a sworn statement from "S.T.", Jana's 15 year-old daughter. In that statement, "S.T." stated that she was present in a vehicle along with Jana and Abdul when several pieces of mail were picked up at a variety of locations in the Cocoa, Florida area. One of the locations recalled by "S.T." was a multi-dwelling location on Rosa Street in Cocoa, Florida. "S.T." stated she believed that the envelopes contained credit cards based on the look and feel of the envelopes. Further, "S.T." was present when Jana used several of the cards obtained from the mailboxes at ATM machines and observed Jana while she used the cards to withdraw cash. "S.T." recalled that one of the ATM machines used by Jana was located at a Wal-Mart store in Cocoa, FL. "S.T." advised that it often took Jana as long as 15 minutes to withdraw cash from an ATM using the multiple cards she had in her possession. "S.T." has observed Jana with large amounts of cash and once saw a Ziploc storage bag filled with cash stored in the laundry room of Jana and Abdul's residence at 969 Pelican

Lane, Rockledge, Florida.

12.    The evidence seized by the RPD pursuant to the search warrant executed

on May 12, 2012 at 969 Pelican Lane, Rockledge, FL, included:

a) A purple, accordion-style file folder that contained:

- 30 prepaid debit cards, all in different names;

- 17 "Vision Visa" prepaid debit card direct deposit slips, all
  containing different account numbers and names;

- 21 "Account Now" prepaid debit card direct deposit slips, all
  containing different account numbers and names; and

- Bank records from Wells Fargo Bank, TD Bank, and Regions Bank
  in the name of "C.T.", (the same name on the Florida driver's
  license found on **Jana's** possession when she was arrested by the
  RPD on May 10, 2012)

b) Spiral notebooks that contained lists of names, dates of birth, Social
   Security numbers, email addresses, and phone numbers.  Numerous
   names in the notebooks matched the seized prepaid debit cards, "Account
   Now" account deposit slips, and "Vision Visa" account deposit slips
   referred to in (a) above;

c) 36 different names and corresponding 16-digit account numbers beginning
   with the numbers "844."

13.    After additional review of the evidence seized by the RPD pursuant to the

aforementioned search warrant, the spiral notebooks contained over 500 full or partial

identification packages (names, dates of birth, Social Security numbers) and notations

that appeared to be user identification numbers consistent with the type of user ID

required when filing tax returns using Internet-based tax preparation services.

14.    I subsequently determined that the "Account Now" and "Vision Visa"

accounts were prepaid debit card accounts serviced by The Bancorp Bank in Sioux

4

Falls, South Dakota.  The accounts beginning with the number "844" were "Achieve" prepaid debit card accounts serviced by First California Bank in Rancho Mirage, California.

15.    Records obtained from The Bancorp Bank and First California Bank for the account information seized revealed that (a) each account belonged to a prepaid debit card account, (b) the accounts were applied for over the Internet, (c) the cards were credited or "loaded" with funds obtained from the U.S. Treasury (i.e. tax return refunds), and (d) immediately following the U.S. Treasury credits, the funds were withdrawn in cash, primarily through the use of ATM machines.

16.    Records obtained from The Bancorp Bank and First California Bank revealed that the debit cards were mailed to a variety of addresses within Brevard County.  Several of the addresses were used multiple times to receive the debit cards.  For example, at least 5 of the cards were mailed to 1565 Rosa Street, Cocoa, Florida and 1567 Rosa Street, Cocoa, Florida.  I subsequently determined that this is a multi-dwelling residential property, consistent with the description given by "S.T." wherein she identified where **Jana** and **Abdul** used to pick up mail.

17.    Video surveillance was obtained from ATM transactions relating to the prepaid debit card accounts following the credit of the tax refunds.  On March 14, 2012, 5 ATM withdrawals totaling $1,500 were executed at a single ATM machine located at a Publix supermarket in Rockledge, Florida, within a 5 minute period.  A summary of the transactions is as follows:

        a) ATM withdrawal in the amount of $300 was conducted at 18:10 using "Account Now" prepaid debit card xxxxx6722;

5

b) ATM withdrawal in the amount of $300 was conducted at 18:10 using "Account Now" prepaid debit card xxxxx8901;

c) ATM withdrawal in the amount of $300 was conducted at 18:11 using "Account Now" prepaid debit card xxxxx2770;

d) ATM withdrawal in the amount of $300 was conducted at 18:14 using "Account Now" prepaid debit card xxxxx7620;

e) ATM withdrawal in the amount of $300 was conducted at 18:15 using "Account Now" prepaid debit card xxxxx6847.

The "Account Now" prepaid debit cards used in the above ATM transactions were among the card numbers seized from **Jana** and **Abdul's** residence. **Jana** is captured on the video conducting the ATM transactions.

18.    The RPD and the FBI have interviewed several of the identity theft victims whose information was used to establish prepaid debit cards and for the filing of tax returns. In each instance, the identity theft victim did not know their information was used to establish prepaid debit card accounts, nor did they know that tax refunds had been directed to debit card accounts in their name. In other instances, the identity theft victims identified **Jana** and **Abdul** as persons involved in drug activity and persons to whom they gave their personal identification information in exchange for drugs or money. Other identity theft victims only learned their identity had been compromised when they attempted to file their own tax returns, only to find that a tax return had already been filed under their name.

19.    The RPD and the FBI have interviewed several of the occupants of the locations were debit cards were mailed. Some of those occupants were associates and/or relatives of **Abdul** who stated that **Abdul** often used their address to receive

pieces of mail.

20.     The Internal Revenue Service (IRS) assisted with examining the tax returns filed using the more than 500 identity packages described in this affidavit. Using all of the identification information found at the search warrant, the IRS was able to determine that 145 false claims were filed for tax years 2010 and 2011. These false claims totaled $816,790 and, of that amount, the IRS paid out $560,731.

21.     I have reviewed the account activity on the debit cards that received fraudulent tax refunds. Following the credit of the refund, more than 200 money orders totaling over $100,000 were purchased from automated machines at Wal-Mart locations throughout Brevard County. My review of copies of the money orders purchased from these locations revealed:

- more than 100 of the money orders listed the purchaser as "Jana Harris" and/or "Jana Cunningham";

- numerous money orders were issued to John Michael Events and Heaven Event Center and were signed by Jana Harris and/or Jana Cunningham as the purchaser of the money order. I subsequently determined that John Michael Events is a wedding planner and catering business and that Heaven Event Center is a wedding hall facility located in Orlando, Florida. Further investigation revealed that these funds were used to pay for the wedding reception of **Jana** and **Abdul** in June 2011.

22.     The fraudulent tax returns were electronically filed and affected interstate commerce.

23.     On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge **Jana Cunningham** and **Abdul Cunningham** with violations of conspiracy to commit wire fraud (Title 18, United States Code, Section 1349) and aggravated identity theft (Title 18, United States Code, Section 1028A) and respectfully

7

request that the Court issue warrants for their arrest.

    24.    This concludes my affidavit.

James J. Rothe
Special Agent
Federal Bureau of Investigation

Sworn to before me
this ___ day of March, 2013

The Honorable Gregory J. Kelly
United States Magistrate Judge

8